DANA S. ISHIBASHI 4187
Attorney at Law
P.O. BOX 37759
HONOLULU, HAWAI'I 96837
TELEPHONE: (808) 524-5690
FACSIMILE: (808) 536-2015
E-MAIL: ishibashid@aol.com

Attorney for Defendant
JARRIN YOUNG

IN THE DISTRICT COURT FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>VS.<br><br>JARRIN YOUNG, (11)<br><br>　　　　　Defendant. | CR. NO. 19-00099 DKW-KJM<br><br>DEFENDANT JARRIN YOUNG'S JOINDER IN DEFENDANT JOHN STANCIL'S MOTION FOR AN ORDER PROHIBITING THE BUREAU OF PRISONS FROM TAKING ACTIONS THAT INTERFERE WITH DEFENDANT'S RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL, AND FOR AFFIRMATIVE RELIEF FILE ON APRIL 7, 2021; CERTIFICATE OF SERVICE |

**DEFENDANT JARRIN YOUNG'S JOINDER IN DEFENDANT
JOHN STANCIL'S MOTION FOR AN ORDER PROHIBITING
THE BUREAU OF PRISONS FROM TAKING ACTIONS THAT
INTERFERE WITH DEFENDANT'S RIGHT TO EFFECTIVE
ASSISTANCE OF COUNSEL, AND FOR AFFIRMATIVE RELIEF
FILED ON APRIL 7, 2021**

　　NOW COMES Defendant Jarrin Young, by his counsel undersigned, to join in Defendant John Stancil's Motion for an Order Prohibiting the Bureau of Prisons from Taking Actions that Interfere with Defendant's Right to Effective Assistance of Counsel, and for Affirmative Relief, filed on April 7, 2021, Document numbers 206-1, -2 and -3, pages 1457 through 1468,

respectively. Defendant Young requests "the same relief sought by the movant for himself" contained in said cited motion.

    This joinder is made pursuant to LR7.7 of the U.S. District Court, for the District of Hawai'i.

    DATED:  Honolulu, Hawaii, April 8, 2021.

BY: _____
DANA S. ISHIBASHI

ATTORNEY FOR DEFENDANT
Jarrin Young

IN THE DISTRICT COURT FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 19-00099 DKW-KJM |
| Plaintiff, | ) | |
| VS. | ) | |
| JARRIN YOUNG, (11) | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon the following party (ies) on April 8, 2021, upon the CM/ECF electronic filing of the same, with:

> UNITED STATES ATTORNEY, DISTRICT OF HAWAII
> Mr. Michael Nammar
> Ms. Marion Purcell
> Mr. Mark Inciong
> Mr. Micah Smith
> Room 6100, PJKK Federal Bldg.
> 300 Ala Moana Blvd.
> Honolulu, Hawai'i 96850

And all counsel associated with this case.

_____
Dana Ishibashi