```
DANA S. ISHIBASHI  4187
Attorney at Law
P.O. Box 37759
HONOLULU, HAWAI'I 96837
TELEPHONE: (808) 524-5690
FACSIMILE: (808) 536-2015
E-MAIL: ishibashid@aol.com

Attorney for Defendant
JARRIN YOUNG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  VS.<br><br>JARRIN YOUNG, (11)<br><br>  Defendant. | CR. NO. 19-00099 DKW<br><br>DEFENDANT JARRIN YOUNG'S MOTION FOR UN-REDACTED DISCOVERY; DECLARATION OF COUNSEL |

**<u>DEFENDANT JARRIN YOUNG'S MOTION FOR UN-REDACTED DISCOVERY</u>**

Pursuant to CrimLR 16.1(a), Rules 12(d)(2) and 16 of the Federal Rules of Criminal Procedure, 18 U.S.C. §3500, and the Fourth, Fifth, and Sixth Amendments to the United States Constitution, Defendant JARRIN YOUNG (hereinafter "Defendant"), through his undersigned attorney, requests that the materials and information within the government's possession or and/control and/or which were previously made available to Defendant but redacted, be provided in an un-redacted condition. This request is not limited to those items that the prosecutor knows of, but rather includes all discovery in the custody, control, care, and/or knowledge of any "closely related investigative (or other)

agencies." *United States v. Bryan*, 868 F.2d 1032, 1037 (9th Cir. 1989).

    This request is made pursuant to Rule 16(a)(1)(E) Fed.R. Crim.P. and is supported by the attached Declaration of Counsel.

    DATED: Honolulu, Hawai'i October 13, 2021.

                                        /a/ Dana S. Ishibashi
                                        Dana S. Ishibashi
                                        Court-Appointed Attorney for
                                        Defendant Jarrin Young (11)

IN THE DISTRICT COURT FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 19-00099 DKW-KJM |
| | ) | |
| Plaintiff, | ) | |
| VS. | ) | |
| | ) | |
| JARRIN YOUNG, (11) | ) | DECLARATION OF COUNSEL |
| | ) | |
| Defendant. | ) | |

**<u>DECLARATION OF COUNSEL</u>**

    1.   I am the attorney for the Defendant in the above-entitled case;

    2.   I have reviewed the records and files pertaining to the instant case and am informed and of the belief that:

    a. Almost all discovery, such as FBI reports of its investigation and interviews thus provided by the government has be redacted of relevant information, including names of individuals interviewed.

    b. Such redaction is preventing counsel from determining who is to be placed on Defendant's witness list and whether further investigation should occurr.

    c. Additionally, timing of when the alleged acts and or law enforcement interviews took place is essential to put context to whatever story is being told.

    I, DANA S. ISHIBASHI, declare under penalty of law that the foregoing is true and correct.

    DATED: Honolulu, Hawaii, October 13, 2021.

                                                            */a/ Dana S. Ishibashi*
                                                               DANA S. ISHIBASHI