```
DANA S. ISHIBASHI 4187
Attorney at Law
P.O. BOX 37759
HONOLULU, HAWAI'I 96837
TELEPHONE: (808) 524-5690
FACSIMILE: (808) 536-2015
E-MAIL: ishibashid@aol.com

Attorney for Defendant
JARRIN YOUNG
```

IN THE DISTRICT COURT FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 19-00099 DKW-KJM |
| Plaintiff, | ) | |
| VS. | ) | |
| JARRIN YOUNG, (11) | ) | DEFENDANT JARRIN YOUNG'S OBJECTION TO DEFENDANT MICHAEL J. MISKE, JR'S. MOTION TO CONTINUE TRIAL DATE FILED OCTOBER 18, 2021 and CERTIFICATE OF SERVICE |
| Defendant. | ) | |

DEFENDANT JARRIN YOUNG'S OBJECTION TO
DEFENDANT MICHAEL J. MISKE, JR'S.
<u>MOTION TO CONTINUE TRIAL DATE FILED OCTOBER 18, 2021</u>

NOW COMES Defendant Jarrin Young, by his counsel undersigned, to object to Defendant Michael J. Miske Jr's. Motion to Continue Trial Date, filed October 18, 2021, and asserts his right to a speedy trial in this case.

DATED:  Honolulu, Hawaii, October 26, 2021.

BY: <u>/s/Dana S. Ishibashi</u>
    DANA S. ISHIBASHI

ATTORNEY FOR DEFENDANT
Jarrin Young

IN THE DISTRICT COURT FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 19-00099 DKW-KJM |
| Plaintiff, | ) | |
| VS. | ) | |
| JARRIN YOUNG, (11) | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached was duly served upon the following parties as set forth below:

Served Electronically through CM/ECF

MICHAEL NAMMAR          at     Michael.Nammar@usdoj.gov

MICAH SMITH             at     Micah.Smith@usdoj.gov

MARK A. INCIONG         at     Mark.Inciong@usdoj.gov

    Assistant U.S. Attorneys
    United States of America

DATED: Honolulu, Hawai'i, October 26, 2021.

                                            */s/Dana S. Ishibashi*
                                        By: Dana S. Ishibashi
                                        Attorney for Defendant (11)
                                        Jarrin Young