DANA S. ISHIBASHI 4187
Attorney at Law
P.O. BOX 37759
HONOLULU, HAWAI'I 96837
TELEPHONE: (808) 524-5690
FACSIMILE: (808) 536-2015
E-MAIL: ishibashid@aol.com

Attorney for Defendant
JARRIN YOUNG

IN THE DISTRICT COURT FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 19-00099 DKW-KJM |
| | ) | |
| Plaintiff, | ) | |
| VS. | ) | |
| | ) | |
| JARRIN YOUNG, (11) | ) | DEFENDANT JARRIN YOUNG'S |
| | ) | MEMORANDUM IN SUPPORT OF MOTION |
| Defendant. | ) | FOR UN-REDACTED DISCOVERY and |
| | ) | CERTIFICATE OF SERVICE |

DEFENDANT JARRIN YOUNG'S MEMORANDUM IN SUPPORT
OF MOTION FOR UN-REDACTED DISCOVERY

The government filed its Response to Defendant Young's Motion for Unredacted Discovery on October 28, 2021, asserting its *Jencks* position and practice of "disclosure of any witness statements until <u>after</u> the witness has testified on direct examination." *See U.S. vs. Jarrin Young*, Cr. No 19-00099-11, Government's Response to Defendant Young's Motion for Unredacted Discovery, filed 10/28/21 at 3.

Most of the redacted reports fall outside the scope of Rule 26.2, Fed. R. Crim. Proc. Under rule 26.2, a witness's "Statement" is protected from pre-testifying disclosure is

defined as follows:

    (1) a written statement that the witness makes and signs, or otherwise adopts or approves;

    (2) a substantially verbatim, contemporaneously recorded recital of the witness's oral statement that is contained in any recording or any transcription of a recording; or

    (3) the witness's statement to a grand jury, however taken or recorded, or a transcription of such a statement.

    Most of the redacted reports are generated by the FBI after a interview. None of the reports are signed by any witness, none are the result of a recording, unless the interview was recorded but the reports do not reflect, question-answer transcriptions.

    In fact, the *Jencks* Court noted that "[t]he occasion for determining a conflict cannot arise until after the witness has testified, . . . unless he admits conflict,. . . the accused is helpless to know or discover conflict without inspecting the reports." *Jencks v. United States*, 353 U.S. 657, 667-668, 77 S.Ct. 1007, 1 L.Ed.2d 1103 (1957).

    DATED:  Honolulu, Hawaii, November 1, 2021.

    BY: ___***/s/Dana S. Ishibashi***___
         DANA S. ISHIBASHI

    ATTORNEY FOR DEFENDANT
    Jarrin Young

IN THE DISTRICT COURT FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 19-00099 DKW-KJM |
| Plaintiff, | ) | |
| VS. | ) | |
| JARRIN YOUNG, (11) | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached was duly served upon the following parties as set forth below:

Served Electronically through CM/ECF

MICHAEL NAMMAR        at    Michael.Nammar@usdoj.gov

MICAH SMITH           at    Micah.Smith@usdoj.gov

MARK A. INCIONG       at    Mark.Inciong@usdoj.gov

    Assistant U.S. Attorneys
    United States of America

DATED: Honolulu, Hawai'i, November 1, 2021.

                                /s/Dana S. Ishibashi
                                By: Dana S. Ishibashi
                                Attorney for Defendant (11)
                                Jarrin Young