CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICAH SMITH
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Micah.Smith@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MISKE, JR., aka "Bro," et al.,<br><br>Defendant. | CR. NO. 19-00099 DKW-KJM<br><br>ORDER AUTHORIZING DEFENSE REVIEW OF CERTAIN CELLPHONES |

ORDER AUTHORIZING DEFENSE
REVIEW OF CERTAIN CELLPHONES

The above Motion is hereby granted.  For the reasons stated, IT IS HEREBY

ORDERED:

(1)     the defense team for defendant Michael J. Miske, Jr., and all other charged defendants in this matter are authorized to access, and review and make copies of all contents from, the cellphones currently in FBI possession that have been more particularly identified in the above Motion;

(2)     any defense team review and handling of the cellphones shall be done consistently with the protective order that that is currently in place and that governs the handling of discovery in this case.

DATED:  September 7, 2022, at Honolulu, Hawaii.



Kenneth J. Mansfield
United States Magistrate Judge

UNITED STATES v. MICHAEL J. MISKE, JR., ET AL.
Cr. No. 19-00099 DKW-KJM
"Order Authorizing Defense Review of Certain Cellphones"